UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 25-46-DLB-HAI

ANTHONY B. WHELAN                                                              PETITIONER

v.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

IVAN KROW                                                                      RESPONDENT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Hanly A. Ingram (Doc. # 6), wherein he recommends that the Court deny the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254 as both untimely and procedurally defaulted.

No objections having been filed, and the time to do so having now expired, the Report and Recommendation is ripe for the Court's consideration. The Court having reviewed the Report and Recommendation, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 6) is hereby **ADOPTED** as the opinion of the Court;

(2) Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. # 1) is **DISMISSED WITH PREJUDICE**;

(3) For the reasons set forth herein and in Judge Ingram's Report and Recommendation, the Court determines that there is no arguable merit for an

appeal in this matter and, therefore, **A CERTIFICATE OF APPEALABILITY SHALL NOT ISSUE**; and

(4) A separate Judgment shall be filed concurrently herewith.

This 27th day of May 2025.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2025\25-46 Order Adopting R&R 2254.docx